## Commonwealth *v.* Siegel, Appellant.

Before POPIEL, J., without a jury.

Submitted November 13, 1974. *Edward I. Goldman* and *George H. Hoffman,* for appellant; *Robert L. Eberhardt,* Assistant District Attorney, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.